ELLIOT ENOKI
United States Attorney
District of Hawaii

HEATH C. URBAN
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 438-6728

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00223 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 111, 18 U.S.C. § 641, H.R.S. § 710-1027 Pursuant to 18 U.S.C. § 13 H.R.S. § 291-2 Pursuant to 18 U.S.C. § 13] |
| ELVIN LIKE, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury Charges:

On or about June 12, 2000, at Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, the defendant ELVIN LIKE, knowingly and by means and use of a dangerous weapon; to wit, a motor vehicle, did forcibly assault, resist, oppose, impede, intimidate and interfere with Airman 1st Class Shane A. Kierukstys, a member of the United States Air Force, while he was engaged in the performance of his official duties.

All in violation of Title 18 U.S.C. § 111(a) and (b).

COUNT 2

The Grand Jury further charges that:

On or about June 12, 2000, on Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ELVIN LIKE, defendant herein, did steal, purloin and knowingly convert to his own use, things of value of the United States and a department and agency of the United States; to wit, an air conditioning unit, an air compressor, and other miscellaneous items from the Hickam Air Force Base Exchange.

All in violation of Title 18, United States Code, § 641.

COUNT 3

The Grand Jury further charges that:

On or about June 12, 2000, on Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ELVIN LIKE, defendant herein, intentionally failed to obey a direction of a Security Forces Officer, namely Airman 1st Class Carl E. Farris, Jr., acting under color of the Security Forces Officer's official authority, to stop his vehicle.

All in violation of Hawaii Revised Statutes, Section 710-1027, resisting an order to stop a motor vehicle, a federal offense pursuant to Title 18, United States Code, § 13.

COUNT 4

The Grand Jury further charges that:

On or about June 12, 2000, on Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ELVIN LIKE, defendant herein, unlawfully operated a vehicle recklessly in disregard of the safety of persons and property.

All in violation of Hawaii Revised Statutes, § 291-2, reckless driving of a vehicle, a federal offense pursuant to Title 18, United States Code, § 13.

DATED: June 7, 2001, Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

_____ Acting US Attorney
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
HEATH C. URBAN
Special Assistant U.S. Attorney


United States v. Elvin Like
"Indictment"
Cr. No. _____